ACCEPTED
03-15-00050-CV
4219582
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:36:47 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00050-CV

## IN THE COURT OF APPEALS
### THIRD JUDICIAL DISTRICT COURT OF TEXAS
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 4:36:47 PM
JEFFREY D. KYLE
Clerk

BASTROP COUNTY

Appellant,

v.

MARCELA JIMENEZ-SCOTT

Appellee.

### APPEAL FROM THE 335TH DISTRICT COURT
### OF BASTROP COUNTY, TEXAS
### HONORABLE REVA TOWSLEE-CORBETT, PRESIDING
### UNDER CAUSE NUMBER 28-529

## APPELLANT BASTROP COUNTY'S AGREED MOTION TO EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES BASTROP COUNTY, Appellant in the styled and numbered cause and files this its Motion pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure requesting an extension of time to file Appellant's brief and in support thereof would respectfully show unto the Court as follows:

## I.

This is the first request for an extension of time filed by counsel for the Appellant. Counsel for the Appellant has conferred with Appellee's counsel and the motion is unopposed. Appellant's Brief is currently required to be filed by February 19, 2015.

## II.

Counsel for Appellant and Appellee have entered into informal ADR negotiations to settle this case. Counsel for Appellant has included the ADR statement on this Court's docketing statement. Counsel for Appellant has a Federal Jury trial scheduled for February 23, 2015 in the case styled *Juan Thomas Rubio v. Deputy Walter Harlee, et al*, 5:12-CV-01226-RCL In the United States District Court for the Western District of Texas San Antonio Division All parties are in agreement with Appellant's Motion for Extension of time requesting this Honorable Court for an additional twenty (20) days for the filing of Appellant's Brief.

## III.

Counsel for Appellant has conferred with Appellee's counsel and all parties are in agreement. This request is not made for the purpose of delay but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests this Honorable Court to extend the time for filing Appellant's Brief for twenty (20) days to March 11, 2015, and for such other and further relief as it may show itself justly entitled.

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
111 Soledad, Suite 840
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax


BY: //s// Charles S. Frigerio
    CHARLES S. FRIGERIO
    State Bar No. 07477500

    HECTOR X. SAENZ
    State Bar No. 17514850
**ATTORNEYS FOR APPELLANT**
**BASTROP COUNTY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant **BASTROP COUNTY**'s Motion for Extension of Time has been forwarded by electronic mail to:

Mr. Cory Smith
Galow & Smith, P.C.
1204 Nueces
Austin, Texas 78701          Via E-Service: cory@galowlaw.com

on this the 19th day of February, 2015.

//s// Charles S. Frigerio
CHARLES S. FRIGERIO

## VERIFICATION

STATE OF TEXAS     }

                                 }

COUNTY OF BEXAR }

BEFORE ME, the undersigned authority, on this day personally appeared **CHARLES S. FRIGERIO**, known to me to be a credible person, and upon his oath, stated as follows:

That he is a trial attorney licensed to practice law in the State of Texas;

That he is an attorney of record for Appellant **BASTROP COUNTY** in the foregoing entitled and numbered cause and has read the foregoing Appellant **BASTROP COUNTY**'s Motion for Extension of Time; and

That the information contained therein is within his personal knowledge and true and correct.

_____

CHARLES S. FRIGERIO

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said **CHARLES S. FRIGERIO**, on this the 19th day of February, 2015, to certify which witness my hand and official seal of office.

JULIE ANN VASQUEZ
My Commission Expires
March 14, 2018

_____

Notary Public in and for the State of Texas

My Commission Expires: _3-14-18_

- 5 -